BENJAMIN B. WAGNER
United States Attorney
JOHN K. VINCENT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>                  v.<br><br>NIRMAL KUMAR DABEESING,<br><br>                  Defendant. | CASE NO.  2:02-CR-00357 KJM<br><br>**ORDER DISMISSING INDICTMENT** |

For the reasons set forth in the motion to dismiss filed by the United States, the charges against defendant **NIRMAL KUMAR DABEESING** in the pending Indictment are hereby DISMISSED, and any outstanding arrest warrant is recalled.

Dated: May 17, 2013.

_____
UNITED STATES DISTRICT JUDGE

1